C Vogt
80 Fair St #109
Norwalk, CT 06851
472 266 1792
203 919 4934
Carolvogt31@gmail.com

RECEIVED
DEC 1 0 2020
U.S. DISTRICT COURT
BRIDGEPORT, CT

12/8/20

US Supreme Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

To whom it may concern:

I would like to submit this form, with the application to proceed in District Court without prepaying Fees or Costs to the Federal Court. It is a complaint regarding President Donald John Trump from pardoning himself, his three children, Ivanka Trump, Donald John Trump Jr, and Eric Trump, son in law, Jared Kushner, and personal attorney, Rudolf Giuliani: there are no grounds to exempt the above said parties, except for avoiding federal persecution.

As well, I question President Trump's mental, and psychological, status. Upon viewing the news reports on various networks, Trump has no conceptual ability of actually see what is going on the world. Trump, to me, is acting as Adolf Hitler, during his days in power: the same actions – such as direct communication with the people (hitler's way is public speeches and radio, against Jewish and non-Jewish people), while Trump had public speeches at his rallies, dividing people in demonstrations against police, undocumented aliens, even hurricane damage in Puerto Rico.

I would like to thank you in this matter. Right now I hope your office can help me in one way or another.

C Vogt