80 Fear St #109
Norwalk CT 06851

RECEIVED
DEC 10 2020
U.S. DISTRICT COURT
BRIDGEPORT, CT

US Supreme Court
District of Connecticut
915 Lafayette Blvd
Bridgeport CT 06604

